**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DONALD WILLIAM HEYSEL,**

                **Plaintiff,**

**v.**                                          **Case No.  1:17cv149-MW/CAS**

**NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,**

                **Defendant.**
_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections and request for oral argument.  ECF No. 21.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED** and Judgment entered for the Defendant.  The request for oral argument is **DENIED**."  The Clerk shall close the file.

        **SO ORDERED on May 8, 2018.**

                                    **s/Mark E. Walker_____
                                    United States District Judge**